

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2020

No. 04-20-00486-CR

Jemadari Chinua **WILLIAMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B19-346
Honorable Rex Emerson, Judge Presiding

# O R D E R

The Appellant's Pro se Motion for Extension of Time to File Docketing Statement is hereby GRANTED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court